UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AKIRA JONES, individually and on behalf
of all others similarly situated,

        Plaintiffs,

                              Case Number 17-13304-BC
v.                                Honorable Thomas L. Ludington

CMB SERVICES, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

On October 9, 2017, Plaintiff filed suit against Defendant seeking redress for Defendant's alleged actions of using an unfair and unconscionable means to collect a debt. Comp. ECF No. 1. On October 11, 2017, this Court referred all pretrial matters to Magistrate Judge Patricia T. Morris. ECF No. 4. On December 19, 2017, Magistrate Judge Patricia T. Morris issued an Order of Completion of Referral as she was notified that a settlement in this matter had been reached. ECF No. 14. On December 19, 2017, this Court issued an Order Directing the Submission of Closing Document by January 31, 2018. ECF No. 15. After no response, this Court issued an Order for Plaintiff to Show Cause in writing why this case should not be dismissed for failure to prosecute by March 2, 2018. ECF No. 16. This Court has not received closing documents or a written response to the Show Cause as ordered.

Accordingly, it is **ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** and closes this case.

                                      s/Thomas L. Ludington
                                      THOMAS L. LUDINGTON
                                      United States District Judge

Dated: March 9, 2018

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 9, 2018.

s/Kelly Winslow
KELLY WINSLOW, Case Manager